IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVEN SCOTT<br>    v.<br><br>JEROME WALSH, et al. | CIVIL ACTION<br><br>NO. 13-1552 |

## O R D ER

**AND NOW**, this 7th day of February, 2014, upon careful consideration Petitioner Steven Scott's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), the May 30, 2013 Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells (ECF No. 10), Petitioner's Objections thereto (ECF No. 11), ), and for the reasons in the accompanying Memorandum, it is hereby **ORDERED**:

1. The Report and Recommendation (ECF No. 10) is **APPROVED** and **ADOPTED**.

2. Petitioner's Objections to the Report and Recommendation (ECF No. 11) are **OVERRULED**.

3. The Petition for Writ of Habeas Corpus (ECF No. 1) is **DISMISSED** with prejudice insofar as it raises claims not cognizable under 28 U.S.C. § 2254 and is **DENIED** with prejudice in all other respects.

4. There is no basis for the issuance of a certificate of appealability.

       5.       The Clerk of Court is directed to mark this matter as **CLOSED** for statistical purposes.

       **BY THE COURT:**

       **/s/ Michael M. Baylson**

       _____

       **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-1552 scott v. walsh et al\13cv1552.scott.randr.denied.docx